USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

LOVATI ET AL,

                Plaintiff,

         -against-                             1:19-cv-04796-ALC

BOLIVARIAN REPUBLIC OF               **ORDER**
VENEZUELAN,

                Defendants.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will conduct a telephone status conference in this action on February 11, 2020 at 10:00 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** January 24, 2020
           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**