| | | |
|---|---|---|
| NEW YORK | **DuaneMorris** | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | | NEWARK |
| SILICON VALLEY | ANTHONY J. COSTANTINI | LAS VEGAS |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1032 | CHERRY HILL |
| SHANGHAI | PERSONAL FAX: +1 212 202 4715 | LAKE TAHOE |
| BOSTON | E-MAIL: AJCostantini@duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | www.duanemorris.com | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

November 17, 2022

**VIA ECF**
Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Lovati et al v. The Bolivarian Republic of Venezuela*, **19-cv-4793-ALC-VF**
                *Lovati et al v. The Bolivarian Republic of Venezuela*, **19-cv-4796-ALC-VF**

Your Honor:

      We represent the Plaintiffs in the above-captioned actions and we filed motions for summary judgment on August 18, 2022. The Defendant's Opposition is due tomorrow, November 18, which we consented to and you approved.

      We have conferred with Defendant's counsel, who after confirming that the opposition would be filed on November 18, agreed to consent to Plaintiffs' Reply being due Friday, December 9, 2022. This is the first extension we have requested and we respectfully request your approval to the agreed upon schedule. Thank you for your consideration.

                              Very truly yours,

                              /s/ Anthony J. Costantini
                            Anthony J. Costantini

AJC/gg
cc:  Kent A. Yalowitz, Esq.
      Stephen Wirth, Esq.
      Rudolph Joseph Di Massa, Esq.
      Nathan Abramowitz, Esq.
      David T. McTaggart, Esq.