UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO LOVATI, et al., <br><br>                          **Plaintiffs,** <br><br> -against- <br><br> THE BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>                          **Defendant.** | 19-CV-4796 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiffs' motion for attorneys' fees at ECF No. 121. Defendant is directed to file a response to the motion by **July 14, 2023.**

**SO ORDERED.**

**Dated: June 28, 2023**
       New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**