AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SERGIO LOVATI, et al.,  *Plaintiff* ) ) ) | |
| v. | Civil Action No. Case No. 19-cv-4796-ALC-VF |
| THE BOLIVAR REPUBLIC OF VENEZUELA,  *Defendant* ) ) ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 06/09/2023.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 07/11/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO LOVATI, *et al.*,

    Plaintiffs,

v.

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

    Defendant.

Case No. 19-cv-4793-ALC-VF
Case No. 19-cv-4796-ALC-VF

**JUDGMENT**

Plaintiffs Rudi Lovati and Alessandro Lucibello Piani, having moved this Court for the entry of summary judgment, and the matter having come before the Honorable Andrew L. Carter, United States District Court, and the Court having granted summary judgment pursuant to the Opinion and Order dated March 6, 2023, as amended by the Amended Opinion and Order dated March 23, 2023, and as further amended by the Stipulation and Order Further Amending March 23, 2023 Amended Opinion and Order and Directing Entry of Judgment dated June __, 2023, and the Court having directed that judgment be entered for the amounts due on the bonds described below, plus accrued interest,

Now, it is hereby, ORDERED, ADJUDGED AND DECREED that Plaintiffs shall recover from the Bolivarian Republic of Venezuela (the "Republic") as follows:

1. With respect to the bond in the principal amount of $76,509,400 bearing ISIN USP17625AA59, with a maturity date of May 7, 2023 and a coupon rate of 9%, Plaintiff Rudi Lovati shall recover from the Republic (A) $129,092,455.53, which figure is comprised of (i) $76,509,400 (representing the unpaid value of the principal on the bond); (ii) $41,315,076 (representing the unpaid 9% interest on the principal on the bond from November 7, 2017 through May 7, 2023); and (iii) $11,267,979.53 (representing interest on the unpaid interest,

DM3\9674101

calculated at the statutory rate of 9% from November 7, 2017 through June 12, 2023); plus (B) all interest that has accrued since June 12, 2023 until the date of entry of this Judgment, in the *per diem* amount of $29,052,61; plus (C) post-judgment interest at the rate set by 28 U.S.C. § 1961.

2. With respect to the bond in the principal amount of $49,827,000 bearing ISIN US922646AS37, with a maturity date of September 15, 2027 and a coupon rate of 9.25%, Plaintiff Rudi Lovati shall recover from the Republic (A) $31,607,431.53, which figure is comprised of (i) $25,349,486.25 (representing the unpaid 9.25% interest on the principal on the bond from March 15, 2018 through June 12, 2023); and (ii) $6,257,945.28 (representing interest on the unpaid interest, calculated at the statutory rate of 9% from March 15, 2018 through June 12, 2023); plus (B) all interest that has accrued since June 12, 2023 until the date of entry of this Judgment, in the *per diem* amount of $6,250.56; plus (C) post-judgment interest at the rate set by 28 U.S.C. § 1961.

3. With respect to the bond in the principal amount of $600 bearing ISIN USP17625AA59, with a maturity date of May 7, 2023 and a coupon rate of 9%, Plaintiff Alessandro Lucibello Piani shall recover from the Republic (A) $971.76, which figure is comprised of (i) $600 (representing the unpaid value of the principal on the bond); (ii) $297 (representing the unpaid 9% interest on the principal on the bond from November 7, 2017 through May 7, 2023) and (iii) $74.76 (representing interest on the unpaid interest, calculated at the statutory rate of 9% from November 7, 2017 through June 12, 2023); plus (B) all interest that has accrued since June 12, 2023 until the date of entry of this Judgment, in the *per diem* amount of $0.22; plus (C) post-judgment interest at the rate set by 28 U.S.C. § 1961.

4.  With respect to the bond in the principal amount of $13,000 bearing ISIN US922646AS37, with a maturity date of September 15, 2027 and a coupon rate of 9.25%, Plaintiff Alessandro Lucibello Piani shall recover from the Republic (A) $8,246.46, which figure is comprised of (i) $6,613.75 (representing the unpaid 9.25% interest on the principal on the bond from March 15, 2018 through June 12, 2023); and (ii) $1,632.71 (representing interest on the unpaid interest, calculated at the statutory rate of 9% from March 15, 2018 through June 12, 2023); plus (B) all interest that has accrued since June 12, 2023 until the date of entry of this Judgment, in the *per diem* amount of $1.63; plus (C) post-judgment interest at the rate set by 28 U.S.C. § 1961.

It is further ORDERED, ADJUDGED AND DECREED that, until further notice from the Court, Plaintiffs must refrain from selling or otherwise transferring their beneficial interest in the bonds bearing ISIN USP17625AA59 and ISIN US922646AS37 without advising the Court in advance and obtaining permission of the Court.

Dated: New York, New York
     June 9    , 2023

_____
HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE