UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO LOVATI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case Nos. 19-cv-4793 (ALC), 19-cv-4796 (ALC) <br><br> **DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

**KENT A. YALOWITZ** hereby declares as follows.

1.      I am a member of the Bar of this Court and a member of Arnold & Porter LLP ("Arnold & Porter"), co-counsel for Defendant.  I submit this Declaration in support of Arnold & Porter's motion to withdraw as attorneys for Defendant.

1.      These cases were commenced on May 23, 2019.

2.      Arnold & Porter attorneys Kent A. Yalowitz and Stephen K. Wirth appeared on the papers for Defendant.

3.      On June 9, 2023, the Court entered judgment in favor of plaintiffs in both cases.

4.      On October 12, 2023, the Court entered an order granting the plaintiffs' motion for attorneys fees on the consent of Defendant.

5.      On October 16, 2023, plaintiffs filed a proposed judgment based on the order of October 12, 2023.

6.      No further proceedings in this case have taken place in this Court since then.

1

7. On March 11, 2026, the United States filed a letter in the another case pending in this Court stating that "the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela." A copy of that letter is attached as Exhibit A.

8. A decision by the President to recognize a party as the sole head of state of a foreign government is conclusive and binding on the courts. *Guaranty Trust Co. v. United States*, 304 U.S. 126, 137-38 (1938); *Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, No. 18-044 (D.C. Cir. May 1, 2019) (order); *Republic of Panama v. Air Panama Internacional, S.A.*, 745 F. Supp. 669, 673 (S.D. Fla. 1988); *Jimenez v. Palacios*, 250 A.3d 814, 820-21 (Del. Ch. 2019);

9. On March 30, 2026, I received a letter from Reinaldo Enrique Muñoz Pedroza, then the Attorney General of the Republic of Venezuela. In part, the letter reads (as translated):

> Neither the Attorney General of the Republic, nor any duly authorized representative acting by delegation or mandate of the Attorney General of the Republic, has granted you or your firm any mandate to represent or act on behalf of the Bolivarian Republic of Venezuela. Therefore, you and your law firm lack standing to represent the Republic.
>
> For these reasons, we demand that you immediately: (i) notify the state courts of the United States in which you are intervening or have intervened, claiming to be representatives of the Bolivarian Republic of Venezuela, that you and your law firm lack the authority to represent the interests of the Bolivarian Republic of Venezuela; (ii) notify any third party before whom you have presented yourselves as purported representatives of the Bolivarian Republic of Venezuela that you and your law firm lack the authority to represent the interests of the Bolivarian Republic of Venezuela; and (iii) refrain from carrying out any further judicial or extrajudicial action in the aforementioned proceedings other than the notifications referred to in points (i) and (ii) of this paragraph.

A copy of the letter is attached as Exhibit B

10.     Arnold & Porter, on behalf of all of its attorneys who have entered appearances in this action, has therefore concluded that it is required to withdraw as Attorneys.

Executed on May 11, 2026 at New York, New York

_____
Kent A. Yalowitz

# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 11, 2026

**<u>Via ECF</u>**

Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: *Stansell et al. v. FARC et al.*, 16 Misc. 405 (LGS) (SN)
> *Pescatore et al. v. Palmera Pineda et al.*, 18 Misc. 545 (LGS) (SN)
> *In re Claims Against the Valero-Petrocedeño Account*, 20 Misc. 249 (LGS) (SN)
> *Osio et al. v. Maduro Moros et al.*, 25 Misc. 390 (LGS) (SN)

Dear Judge Netburn:

I write on behalf of the United States of America in connection with the Court's order issued on January 12, 2026, which, "[i]n light of recent events in Venezuela," invited the Government to "file a statement of interest pursuant to 28 U.S.C. § 517 on (1) the authority-to-represent issue and (2) any other issues raised by the litigation that the United States deems of interest." Dkt. No. 612, *Stansell v. FARC*, No. 16 Misc. 405 (LGS) (SN).[1]

The United States, pursuant to 28 U.S.C. § 517,[2] respectfully provides this Statement of Interest in response to the Court's order. As to the first point, the government advises the Court that "[o]n March 5, 2026, the United States issued a statement announcing the normalization of relations with Venezuela under interim President Delcy Rodriguez." Letter from Ambassador Michael G. Kozak, Senior Bureau Official, Bureau of Western Hemisphere Affairs, U.S. Department of State, to Jay Clayton, United States Attorney for the Southern District of New York, attached hereto as Exhibit A, at 2. Additionally, on March 7, President Trump—referring to the March 5 statement issued by the State Department—stated, "this week we have formally recognized the Venezuelan government. We've actually legally recognized them."[3]

---

[1] The Court granted the government's requests to extend its time to respond until March 11, 2026. Dkt. Nos. 618, 620, *Stansell v. FARC*, No. 16 Misc. 405 (LGS) (SN).

[2] Congress has authorized the Attorney General to send "any officer of the Department of Justice . . . to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States." 28 U.S.C. § 517; *see Georges v. United Nations*, 834 F.3d 88, 91 & n.10 (2d Cir. 2016).

[3] Video at 31:14-20, President Trump Delivers Remarks at the Shield of the Americas Summit (Mar. 7, 2026), https://www.whitehouse.gov/videos/president-trump-delivers-remarks-to-the-shield-of-americas-summit.

As the State Department advises, the United States' "engagement is focused on helping the Venezuelan people move forward through a phased process that creates the conditions for a peaceful transition to a democratically elected government." Ex. A at 2. "In order to facilitate this transition, the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela." *See id.*

The United States otherwise respectfully declines to opine on the pending dispute regarding "which counsel is authorized to represent certain Venezuelan state-owned entities," *see Stansell*, Dkt. No. 612 at 1, particularly as the facts underlying the representation question have changed substantially since the dispute pending before the Court emerged.

As to the second point, the United States appreciates the Court's invitation to provide its views on other issues raised by the litigation, but respectfully declines to do so at this time. However, the United States leaves open the possibility of a future submission, if appropriate, at a later stage in the litigation.

I thank the Court for its consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov

cc:    Counsel of record (by ECF)

March 10, 2026

Jay Clayton
United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Re: *Stansell et al. v. FARC et al.,* 16 Misc. 405 (LGS) (SN); *Pescatore et al. v. Palmera Pineda et al.*, 18 Misc. 545 (LGS) (SN); *In re Claims Against the Valero-Petrocedeño Account*, 20 Misc. 249 (LGS) (SN); *Osio et al. v. Maduro Moros et al.*, 25 Misc. 390 (LGS) (SN)

Dear Mr. Clayton,

I would be grateful for your assistance in presenting this letter to the U.S. District Court for the Southern District of New York. This letter is submitted in response to the Court's invitation to the United States to express its views in the above-captioned matter, as directed by the Court's order dated January 12, 2026.

Pursuant to the Court's request, I write to address the U.S. government's recognition posture with respect to Venezuela. For decades, Venezuela was plagued by successive Chavista governments which systematically destroyed democratic institutions, repressed freedom of expression, and committed other serious human rights abuses. After fraudulent presidential elections orchestrated by Nicolás Maduro in May 2018 left Venezuela without a legitimate winner, on January 23, 2019, the National Assembly elected in 2015 ("the 2015 National Assembly"), in its role as the only legitimate branch of government duly elected by the Venezuelan people, invoked the Venezuelan constitution to declare the office of the presidency vacant. Consistent with the Venezuelan constitution, the President of the National Assembly, Juan Guaidó, was sworn in as Interim President of the country. On January 23, 2019, President Trump issued a public statement recognizing Guaidó as the Interim President of Venezuela.[1] After the 2015 National Assembly voted to remove Guaidó as interim president in December 2022, the State Department issued a statement on January 3, 2023, stating: "The United States continues to recognize the democratically

---

[1] Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela (Jan. 23, 2019), https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/

elected 2015 National Assembly as the last remaining democratic institution in Venezuela."[2]

Since January 23, 2019, the United States has not recognized Maduro as the Head of State of Venezuela and that nonrecognition continues to the present. Maduro is an indicted narco-terrorist who awaits trial in U.S. federal court for his crimes.

On March 5, 2026, the United States issued a statement announcing the normalization of relations with Venezuela under interim President Delcy Rodriguez.[3] Remarking on this development at a summit with Latin American leaders on March 7, President Trump noted that "this week we have formally recognized the Venezuelan government [under Delcy Rodriguez]" and added: "We've actually legally recognized them."[4] Normalization will facilitate our joint efforts to promote stability, support economic recovery, and advance political reconciliation in Venezuela. Our engagement is focused on helping the Venezuelan people move forward through a phased process that creates the conditions for a peaceful transition to a democratically elected government. In order to facilitate this transition, the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela. I would also note that while we are normalizing diplomatic and consular relations with Venezuela, we continue to closely scrutinize transactions with the interim authorities and will use the International Economic Emergency Powers Act and other available tools to work toward a better future for the Venezuelan people.

We trust that these views will be of assistance to the Court in its assessment of the issues before it.

Respectfully,

Ambassador Michael G. Kozak
Senior Bureau Official
Bureau of Western Hemisphere Affairs
U.S. Department of State

---

[2] Press Statement, Ned Price, Spokesperson, Dep't of State, Venezuela's Interim Government and the 2015 National Assembly (Jan. 3, 2023), https://2021-2025.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/
[3] Media Note, A Statement on U.S.-Venezuela Relations (Mar. 5, 2026), https://www.state.gov/releases/office-of-the-spokesperson/2026/03/a-statement-on-u-s-venezuela-relations.
[4] Video, President Trump Delivers Remarks at the Shield of the Americas Summit (Mar. 8, 2026), https://www.whitehouse.gov/videos/president-trump-delivers-remarks-to-the-shield-of-americas-summit/, at 31:14.

# Exhibit B



**Procuraduría General de la República**

Despacho del Procurador

DP/N° **0 0 9 8**/_____

Caracas,    **1 9 MAR 2026**

Srs. Curtis, Mallet-Prevost, Colt & Mosle LLP
Sr. Joseph Dominic Pizzurro jpizzurro@curtis.com
Sr. Juan Otoniel Perla jperla@curtis.com
Sr. Kent A. Yalowitz kent.yalowitz@arnoldporter.com

**Asunto:** *Defensa y representación judicial y extrajudicial de la República Bolivariana de Venezuela en los Estados Unidos de América*

Estimados Señores,

Es nuestro entendimiento que usted, su despacho de abogados, o ambos, han intervenido o siguen interviniendo en procedimientos judiciales tramitados ante uno o varios tribunales estatales de los Estados Unidos de América, así como en procedimientos extrajudiciales, aduciendo el carácter de representantes de la República Bolivariana de la Venezuela (la "República"), a pesar de no contar con un mandato ni con un poder de representación otorgado por mi persona, en mi carácter de Procurador General de la República, o por un representante debidamente investido actuando por mandato o delegación otorgada por mí, es decir, a pesar de no contar con un mandato ni con un poder de representación otorgado de conformidad con la Constitución de la República Bolivariana de Venezuela y el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Procuraduría General de la República. En tal sentido, ni usted, ni su despacho de abogados pueden arrogarse, de manera alguna, la representación de la República. Ni usted, ni su despacho, son representantes de la República.

Al respecto, como es de su conocimiento, la Procuraduría General de la República es un órgano de rango constitucional dentro del ordenamiento jurídico venezolano con competencia exclusiva y excluyente para ejercer la defensa y representación judicial y extrajudicial de los derechos, bienes e intereses patrimoniales de la República Bolivariana de Venezuela, tanto a nivel nacional como internacional, incluyendo tribunales extranjeros. Es una atribución exclusiva del Procurador General de la República el otorgamiento de poderes a abogados que no sean funcionarios de la Procuraduría General de la República para cumplir actuaciones fuera de la República Bolivariana de Venezuela, en representación y defensa de sus derechos, bienes e intereses patrimoniales. Ni el Procurador General de la República, ni representante alguno debidamente investido y actuando por delegación o mandato del Procurador General de la República ha otorgado a Usted, ni a su Despacho, mandato alguno para representar o actuar en nombre de la República Bolivariana de Venezuela. Por lo cual usted y su despacho de abogados carecen de cualidad para representar a la República.

1/2





**Procuraduría General de la República**

Despacho del Procurador

DP/N° 0 0 9 8/_____

Por estos motivos, les exigimos que, de forma inmediata: (i) notifiquen a los tribunales estatales de los Estados Unidos de América en los que estén interviniendo o hayan intervenido pretendiendo ser representantes de la República Bolivariana de Venezuela, que usted y su despacho de abogados carecen de poderes para representar los intereses de la República Bolivariana de Venezuela, (ii) notifiquen a cualquier tercero ante quienes se hayan presentado como supuestos representantes de la República Bolivariana de Venezuela, que usted y su despacho de abogados carecen de poderes para representar los intereses de la República Bolivariana de Venezuela, y (iii) se abstengan de realizar cualquier otra actuación judicial o extrajudicial en los referidos procedimientos distinta a las notificaciones a las que se refieren los puntos (i) y (ii) del presente párrafo.

Igualmente, les exigimos que, de forma inmediata (i) informen al Gerente General de Litigios de la Procuraduría General de la República, Señor Henry Rodríguez Facchinetti, a través de la siguiente dirección de correo electrónico hfacchinetti@protonmail.com  de la totalidad de los procedimientos judiciales y extrajudiciales en los que usted o su despacho de abogados intervengan o hayan intervenido supuestamente representando los intereses de la República Bolivariana de Venezuela y (ii) pongan a su disposición la totalidad de los archivos y expedientes relacionados con dichos procedimientos que se encuentren en su posesión o en la de su despacho de abogados.

Sin más por el momento y reservando todos los derechos y acciones de la República Bolivariana de Venezuela, agradecemos su atención a la presente notificación.

**REINALDO ENRIQUE MUÑOZ PEDROZA**
**PROCURADOR GENERAL DE LA REPÚBLICA**

Procuraduría General de la República
Procurador General

