NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

# DuaneMorris

ANTHONY J. COSTANTINI
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
*E-MAIL:* AJCostantini@duanemorris.com

*www.duanemorris.com*

May 12, 2026

**VIA ECF**

Magistrate Judge Valerie Figuerdo
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:**   *Lovati, et al. v. The Bolivarian Republic of Venezuela,*
> **Civil Case No. 1:19-cv-04796 ALC and 19-cv-04793 (ALC)**

Your Honor:

My firm represents the plaintiffs in the above-captioned litigation. As the movant is aware, we planned to oppose the withdrawal since there is (i) no mention of substitute counsel; or (ii) any written agreement whereby the foreign sovereign can accept service of papers. We plan to conduct post-judgment discovery and/or to seek post-judgment remedies. We would ask that you withdraw your endorsement so that our opposition can be fully briefed.

Respectfully yours,

Anthony J. Costantini

AJC:gg

DUANE MORRIS LLP

22 VANDERBILT, 335 MADISON AVENUE   NEW YORK, NY 10017-4669          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM3\22656139.1